# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST HOME BANK, A FLORIDA BANKING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WILKINS PUMP/KNICKERBOCKER ELECTRIC, INC., a California corporation, and DON EDWARD KNICKERBOCKER, an individual, and THERESA ANN KNICKERBOCKER,<br><br>Defendants. | Case No. 1:18-cv-00799-LJO-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE**<br><br>(ECF No. 10) |

On October 16, 2018, Plaintiff filed a notice of voluntary dismissal of this action. (ECF No. 10). Thus, the case has ended, and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **October 18, 2018**            /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE

1